# UNITED STATES
## v.
# JOHN WILLIAMS

### 1814

#### JOURNAL ENTRIES

1. Indictment returned . . . . . . . . *Journal, infra,* \*p. 419
2. Discharge . . . . . . . . . . . . . " 419

#### PAPERS IN FILE

1. Affidavit of Isaac Childs . . . . . . . . . . . .
2. Affidavit of Samuel Johnson . . . . . . . . . .
3. Warrant of arrest (following inquest) . . . . . *Printed in Vol. 2*
4. Affidavit of Richard Dillon . . . . . . . . . .
5. Indictment . . . . . . . . . . . . . . . . .

# IN THE MATTER OF WILLIAM SMITH

### 1814

#### JOURNAL ENTRIES

1. Recognizance discharged . . . . . . . *Journal, infra,* \*p. 420

#### PAPERS IN FILE
[None]